### 512. SCHLEY *v.* THE STATE.

POWELL, J. This case is controlled by the decision of this court in *Plummer* v. *State*, 1 *Ga. App.* 507, 57 S. E. 969.

*Judgment affirmed.*

Accusation of illegal sale of liquor, from city court of Americus—Judge Crisp. April 13, 1907.

Argued July 17,—Decided July 25, 1907.

*Blalock & Cobb,* for plaintiff in error.

*Zach. Childers, solicitor,* contra.

---

### 513. TURNER *v.* THE STATE.

HILL, C. J. The defendant was convicted on an accusation charging her with vagrancy under the act of 1905, and alleging that she was a minor over sixteen and under twenty-one years of age. The undisputed evidence showed that her father was able to support her. *Held,* that the verdict of guilty was not warranted by the evidence. Acts 1905, p. 110, par. 8; *Collins* v. *State*, 125 *Ga.* 15, 53 S. E. 809.

*Judgment reversed.*

Accusation of vagrancy, from city court of Americus—Judge Crisp. May 13, 1907.

Argued July 17,—Decided July 25, 1907.

*Blalock & Cobb,* for plaintiff in error.

*Zach. Childers, solicitor,* contra.